BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
MATADOR SHIPPING & TRADING INC.
355 Lexington Avenue
New York, New York 10017
Tel: (212) 983-8500
Fax: (212) 983-5946

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BUNGE S.A.,                                                                No.: 13 Civ. 8750 (TPG)(JCF)

      *Plaintiff*,

  -against-                                                              **NOTICE OF SUPP. R. E(8)**
                                                                  **RESTRICTED APPEARANCE**

MATADOR SHIPPING & TRADING INC.,

      *Defendant.*
---------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Please enter my restricted appearance as counsel for MATADOR SHIPPING & TRADING INC. pursuant to Rule E(8) of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.  I certify that I am admitted to practice before this Honorable Court.

Dated:  New York, New York
         April 7, 2014

                                           BROWN GAVALAS & FROMM LLP
                                           Attorneys for Defendant
                                           MATADOR SHIPPING & TRADING INC.

                                           /s/ Peter Skoufalos
                                           Peter Skoufalos (PS-0104)
                                           355 Lexington Avenue
                                           New York, New York 10017
                                           Tel: (212) 983-8500
                                           Fax: (212) 983-5946